AO 245D (WDNC Rev. 4/04) Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>DERRICK FOSTER, II | JUDGMENT IN A CRIMINAL CASE<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: 1:01CR32<br>USM Number: 16737-058<br><br>Ronald Justice, Jr.<br>Defendant's Attorney |

**FILED ASHEVILLE, N.C.**
**JAN 26 2006**
**U.S. DISTRICT COURT**
**W. DIST. OF N.C.**

**THE DEFENDANT:**

_X_ admitted guilt to violation of condition(s) _1, 3 & 4_ of the term of supervision.
___ Was found in violation of condition(s) count(s) _1, 3 & 4_.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Absconding supervision | 9/1/03 |
| 3 | Fail to notify probation officer of employment change | 9/1/03 |
| 4 | Fail to notify probation officer of arrest | 8/24/03 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

_X_ The Defendant is discharged from Violation #2, on motion of the U. S. Attorney.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: January 4, 2006

_[signature]_
Signature of Judicial Officer

Lacy H. Thornburg
United States District Judge

Date: _1-26-06_

Defendant: DERRICK FOSTER, II  
Case Number: 1:01cr32

Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>6 Months</u>.

ALL REMAINING MONETARY PENALTIES FROM THE INITIAL JUDGMENT, OTHER THAN RESTITUTION, ARE REMITTED.

\_\_ The Court makes the following recommendations to the Bureau of Prisons:

<u>X</u> The Defendant is remanded to the custody of the United States Marshal.

\_\_ The Defendant shall surrender to the United States Marshal for this District:

    \_\_ As notified by the United States Marshal.

    \_\_ At\_\_a.m. / p.m. on \_\_\_.

\_\_ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    \_\_ As notified by the United States Marshal.

    \_\_ Before 2 p.m. on \_\_\_.

    \_\_ As notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

_____  
United States Marshal

By: _____  
Deputy Marshal